[No. 28672-0-III. Division Three. September 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS CHARLES LANPHIER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-01561-1, Linda G. Tompkins, J., entered November 13, 2009. *Reversed in part* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 29100-6-III. Division Three. September 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL LEE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 10-1-00019-1, Donald W. Schacht, J., entered April 12, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Sweeney and Brown, JJ.

[No. 29335-1-III. Division Three. September 15, 2011.]

AARON E. DOYLE, *Respondent*, v. HALEY TAYLOR ET AL., *Defendants*, BRIAN CHASE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-2-00169-0, Evan E. Sperline, J., entered July 16, 2010. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Siddoway, J., concurred in by Sweeney and Brown, JJ.

[No. 64509-9-I. Division One. September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM BRICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04454-6, Theresa B. Doyle, J., entered November 23, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Schindler, J.